RYAN RICHARDSON, City Attorney, SBN 223548
MARIA BEE, Chief Assistant City Attorney, SBN 167716
ALLISON EHLERT, Supervising Deputy City Attorney, SBN 230362
MICHAEL QUIRK, Deputy City Attorney, SBN 283351
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone: (510) 238-3839; Fax: (510) 238-6500
Email: aehlert@oaklandcityattorney.org
       mquirk@oaklandcityattorney.org
X05756

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BERNARD and LYNN WARNER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, <br><br> Defendant. | Case No. 3:26-cv-06551-EMC <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **[Local Rule 6-1(a)]** |

Defendant City of Oakland has been served with the Complaint of Plaintiffs Matthew Bernard and Lynn Warner. The parties hereby stipulate that the time for Defendant to respond to Plaintiffs' Complaint is extended to and including August 21, 2026.

IT IS SO STIPULATED.

Dated: July 13, 2026             TEXAS PUBLIC POLICY FOUNDATION

By:  /s/ Chance Weldon
     Chance Weldon
     Attorneys for Plaintiffs

Dated: July 13, 2026             RYAN RICHARDSON, City Attorney

By:  /s/ Allison Ehlert
     Allison Ehlert, Supervising Deputy City Attorney
     Attorneys for Defendant
     CITY OF OAKLAND

FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, Allison Ehlert, attest that concurrence in the filing of this document has been obtained from all signatories.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                                    3:26-cv-06551-EMC