United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW BERNARD, et al.,

Plaintiffs,

v.

CITY OF OAKLAND,

Defendants.

Case No. 26-cv-06551-EMC

**ORDER GRANTING MOTION FOR LEAVE TO FILE A SURREPLY**

Docket No. 22

Plaintiffs Matthew Bernard and Lynn Warner ("Plaintiffs") filed a Complaint for Declaratory and Injunctive Relief against Defendant City of Oakland ("Defendant") on June 29, 2026. Dkt. 1. On August 31, 2026, Defendant moved to dismiss the Complaint. Dkt. 18. Plaintiffs filed their opposition on September 14, 2026. Dkt. 19. Defendant filed its reply in support of the motion on September 21, 2026. Dkt. 20. On October 7, 2026, Plaintiffs filed their "Opposed Administrative Motion for Leave to File a Surreply." Dkt. 22. Defendant then filed its opposition on October 13, 2026. Dkt. 23.

Plaintiffs' motion is **GRANTED**.

While the Court notes that Plaintiffs' request was filed outside the seven-day period prescribed by Civil Local Rule 7-3(d) for objections to new evidence, the Court finds that consideration of the surreply will not unduly prejudice Defendant, particularly because the proposed surreply was submitted well in advance of the October 29, 2026 hearing. Plaintiffs also did not append a declaration explaining "why a stipulation could not be obtained" as required by Civil Local Rule 7–11(a). Nonetheless, the Court credits Plaintiffs' representation in its motion that counsel conferred with opposing counsel, and that the City was opposed. Dkt. 22 at 1. Although the parties dispute whether the arguments raised in Defendant's reply are "new" or

United States District Court
Northern District of California

merely in response to Plaintiffs' opposition, the Court finds that the surreply does not improperly recast prior arguments. Accordingly, the Court grants Plaintiffs' request for leave to file a surreply.

**IT IS SO ORDERED**.

Dated: October 15, 2026



EDWARD M. CHEN
United States District Judge